```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ITALUBI SANCHEZ GOMEZ, *individually and on*                 :
*behalf of all others similarly situated*,                   :      18 Civ. 4143 (PAE)
                                                             :
                              Plaintiff,                     :      ORDER OF DISMISSAL
                                                             :
                -v-                                          :
                                                             :
LUCKY 99 CENT SHOP INC., and XIAN CE ZHOU,                   :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On October 15, 2018, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 7. On May 9, 2018, plaintiff filed the complaint in this action. Dkt. 1. On May 29, 2018, plaintiff served defendant Lucky 99 Cent Shop Inc. with process, making that defendant's deadline to answer June 19, 2018. *See* Dkt. 5. On May 31, 2018, plaintiff served defendant Xian Ce Zhou with process, making that defendant's deadline to answer June 21, 2018. *See* Dkt. 6. Defendants have not appeared in this action or otherwise responded to the complaint, no progress has been made on this case, and plaintiff has taken no steps to obtain a certificate of default or default judgment.

The Court's October 15, 2018 order to show cause advised that cause may be shown by properly requesting a certificate of default from the Clerk of Court, and, by October 22, 2018, filing a motion for default judgment with the Court. Dkt. 7. Plaintiff has not taken these steps or otherwise taken any action to make any progress in this case since the Court's order to show cause.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 24, 2018
       New York, New York